NUMBER 13-07-295-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


ACCUTEST SERVICES, INC., Appellant,


v.



JOHN BERT DAHL, ET AL., Appellees.

___________________________________________________________________


On appeal from the 117th District Court 


of Nueces County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, ACCUTEST SERVICES, INC., attempted to perfect an appeal from a
judgment entered by the 117th District Court of Nueces County, Texas, in cause
number 06-2768-B. Judgment in this cause was signed on March 9, 2007. No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice
of appeal was due on April 9, 2007, but was not filed until May 10, 2007. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect its appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 28th day of June, 2007.